UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: LEROY BINGHAM, IV, | } | CHAPTER 13 |
| | } | |
| DEBTOR(S) | } | CASE NO. A17-58295-SMS |
| | } | |
| | } | JUDGE SIGLER |

## MOTION TO CONVERT THIS CASE TO ONE UNDER CHAPTER 7

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee in the above-styled matter, and files this Motion to Convert this Case to One Under Chapter 7, respectfully showing the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on May 8, 2017. The plan was confirmed by the Court on September 1, 2017. The Debtor's plan proposes to cure a default on real estate mortgage and to pay secured, priority and general unsecured creditors a zero percent (0%) dividend or an unsecured pool of $8,656.00, whichever is greater, based upon the equity in real property.

2.

The Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. The Debtor should have paid $13,942.00. The Debtor has paid a total of $13,198.59, causing a delinquency of $743.41.

3.

The Debtor's schedules show real estate located at 404 Edgebrooke Ln, Woodstock, Georgia with a fair market value of $256,003.00. Village Capital & Investment, LLC filed a

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

proof of claim in the amount of $196,858.20, thus showing a significant amount of equity in this property. The Debtor has claims filed in the Chapter 13 case by general unsecured creditors and the proofs of claim have a remaining balance of $15,289.16. The equity in said property appears to be sufficient to pay a substantial dividend to unsecured creditors and for the Debtor to retain his exemption.

4.

The Court will hold a hearing on Village Capital & Investment, LLC's Motion for Relief from Automatic Stay and Co-Debtor Stay [Doc. No. 45] on September 11, 2018.

5.

The Trustee respectfully requests that the Court waive the filing fee for the filing of this Motion; or, in the alternative, that the Court defer the payment of said fee until such time as this Motion is granted and if there are funds available in the case at that time.

WHEREFORE, the Trustee requests that this Chapter 13 case be converted to one under Chapter 7 pursuant to 11 U.S.C. Section 1307(c)(6) to allow a Chapter 7 Trustee to liquidate the subject property and to pay all creditors with a filed and allowed claim, and for any other relief that may be just and proper.

Respectfully submitted this 6th day of August, 2018.

/s/
K. Edward Safir
Attorney for the Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: LEROY BINGHAM, IV, | } | CHAPTER 13 |
| | } | |
| DEBTOR(S) | } | CASE NO. A17-58295-SMS |
| | } | |
| | } | JUDGE SIGLER |

### NOTICE OF HEARING ON MOTION TO CONVERT TO CHAPTER 7 CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Convert this Case to One Under Chapter 7.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **September 11, 2018** at **2:00 p.m.** in **Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**. You must also mail a copy of your request to the undersigned at the address stated below.

                    /s/
K. Edward Safir
Attorney for the Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served

LEROY BINGHAM, IV
404 EDGEBROOKE LN
WOODSTOCK, GA 30188

KING & KING LAW, LLC
215 PRYOR STREET
ATLANTA, GA 30303

CATRINA N. BINGHAM
404 EDGEBROOKE LN
WOODSTOCK, GA 30188

Village Capital & Investment, LLC
Attn: Bankruptcy Administrator
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Village Capital & Investment, LLC
c/o Brock & Scott, PLLC
Attn: Mallory Velten, Attorney
4360 Chamblee Dunwoody Rd, Suite 310
Atlanta, GA 30341

in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 6th day of August, 2018.


_____/s/_____
K. Edward Safir
Attorney for the Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com